IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| TERESA D. MARKEE,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 3:07-CV-3057-JE<br><br><br>JUDGMENT |

　　　IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

　　　Judgment is entered for Plaintiff and this case is closed.

　　　DATED this  23rd  day of  April  2008.

　　　　　　　　　　　　　　　　　　/s/ John Jelderks
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Page 1　　ORDER FOR REMAND - [3:07-CV-3057-JE]